**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

**Amended Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Robert Love, Jr.  Case Number: 1:20CR00143-01

Name of Sentencing Judicial Officer: The Honorable Hala Y. Jarbou
Chief U.S. District Judge

Date of Original Sentence: February 19, 2021

Original Offense: Count 1: Felon in Possession of a Firearm; 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence: 51 months imprisonment and 3 years supervised release. Special Conditions: (1) substance abuse treatment/testing; (2) no controlled substances or paraphernalia; (3) controlled substances only as prescribed, no marijuana or dispensaries; (4) financial disclosure; (5) no new loans/credit without approval; and (6) search with reasonable suspicion of a violation. Special Assessment, $100.00 (paid). Fine, $750.00 (paid).

Type of Supervision: Supervised Release  Date Supervision Re-Commenced: July 23, 2025
Expiration Date: July 22, 2027

Assistant U.S. Attorney: **Ronald M. Stella**  Defense Attorney: **Nicholas Voss Dondzila**

---

**PETITIONING THE COURT**

[X]  **To amend the petition dated December 5, 2025, to update Violation Numbers 1-3 and Nature of Noncompliance for Violations 1-2.**

**Violation Number 1**

**Special Condition Number 3: You must not use or possess any controlled substances without a valid prescription. If you have a valid prescription, you must follow the instructions on the prescription. You must not possess, use, or sell marijuana or any marijuana derivative (including any product containing cannabidiol (CBD) or THC) in any form (including edibles) or for any purpose (including medical purposes). You are also prohibited from entering any marijuana dispensary or grow facility.**

**On or about December 4, 2025, Mr. Love Jr. possessed marijuana.**

**Violation Number 2**

**Standard Condition Number 8: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not**

Robert Love Jr.
1:20CR00143-01

**knowingly communicate or interact with that person without first getting the permission of the probation officer.**

On or about December 4, 2025, Mr. Love Jr. associated with Jakobe Carter-Bush and Cornell Gordon III, both known felons, without the permission of the U.S. Probation Office.

## Nature of Noncompliance for Violations 1-2

On December 4, 2025, Mr. Love Jr. was a passenger in a vehicle with three other occupants. The vehicle was pulled over by law enforcement investigators with the Kalamazoo Department of Public Safety (KDPS), Kalamazoo Valley Enforcement Team (KVET), Kalamazoo, Michigan. The driver of the vehicle, Brittany Kye, was stopped due to having no insurance and an open bottle of tequila was observed in the center console. Upon search of the vehicle, investigators identified a large grocery bag full of marijuana near Mr. Love Jr.'s feet. Investigators observed the grocery bag to have approximately 1.125 pounds of individually packaged baggies of marijuana, a digital scale, and a box of sandwich bags, which is consistent with drug trafficking activities. Investigators also found 12 alprazolam (Xanax) pills located in the front passenger door where Mr. Love Jr. was sitting. Mr. Love Jr. was present with two other passengers, Mr. Jakobe Carter-Bush and Mr. Cornell Gordon III, who are persons convicted of felonies. Mr. Love Jr. was arrested and was lodged at the Kalamazoo County Jail, Kalamazoo, Michigan.

**According to the Kalamazoo Forensic Laboratory report dated December 5, 2025, the pills were tested, and no controlled substances were identified.**

On May 4, 2018, Mr. Gordon III was convicted of a felony for Unlawful Possession or Theft of a Financial Transaction Device in the Kalamazoo County Circuit Court, Kalamazoo. On October 22, 2022, Mr. Carter-Bush was convicted of a felony for Carrying Concealed Weapon with the Kalamazoo County Circuit Court, Kalamazoo. On October 28, 2025, Mr. Carter-Bush plead guilty to Controlled Substance-Possession/Analogues, a felony.

On December 4, 2025, Mr. Love Jr. associated with Mr. Carter-Bush and Mr. Gordon III without the permission of the U.S. Probation Office.

**On December 8, 2025, Mr. Love made his initial appearance in 8th District Court, Kalamazoo County, and was issued a personal recognizance bond; however, he remained in custody on the federal warrant. Mr. Love was charged and bound over to 9th Circuit Court, Kalamazoo, with Controlled Substance – Delivery/Manufacture Marijuana/Synthetic Equivalents (felony), Alcohol – Open Container in Vehicle (misdemeanor), and Habitual Offender – Fourth Offense (felony enhancement), under Case Number 2025-2239-FH. On March 24, 2026, Mr. Love's case was dismissed without prejudice.**

## Violation Number 3

**Mandatory Condition Number 1: You must not commit another federal, state or local crime.**

Robert Love Jr.
1:20CR00143-01

On or about November 26, 2025, Mr. Love Jr. committed the crime of Assault and Battery, in violation of MCL 750.81(1), a misdemeanor punishable by not more than 93 days imprisonment, or a fine not more than $500.00.

**Nature of Noncompliance for Violation 3**

According to law enforcement officers from KDPS and KVET, on or about November 26, 2025, Mr. Love Jr. assaulted Tevin Smith, at Revel & Roll West Bowling Alley, Kalamazoo, Michigan. A surveillance video from the incident shows Mr. Love Jr. walking towards Mr. Smith aggressively when a fight breaks out amongst Mr. Love Jr. and multiple individuals. Mr. Love Jr. is seen on video footage continuing to assault Mr. Smith by hitting him with his hand and pulling his hair, while Mr. Smith is on the ground and then Mr. Love Jr. is seen leaving the bowling alley. Law enforcement advised this fight is the result of a gang feud that has been ongoing for several years due to past shootings between rival gangs in the Kalamazoo area.

**Previous Violations**

- **October 9, 2024:** Revocation of supervised release based on Mr. Love Jr.'s commission of new law violations and testing positive for methamphetamine. The Court ordered 12 months and one day custody followed by two years of supervised release.

- **October 20, 2025:** Report on Offender: Mr. Love Jr. possessed drug paraphernalia, a scale, and associated with another felon. Your Honor agreed with the recommendation for no court action

- **December 5, 2026: A warrant was issued in response to new law violations for possession of marijuana and Xanax pills, associating with felons, and assault and battery. On December 9, 2025, Mr. Love appeared before U.S. Magistrate Judge Vermaat, for a preliminary and detention hearing, and was detained pending his final supervised release violation hearing.**

**U.S. Probation Officer Recommendation:**

The supervised release should be
[X]  revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2026

Approved,                                          Respectfully submitted,

by   /s/ Natcole S. West                     by  /s/ Jessica M. McConville
Natcole S. West                                  Jessica M. McConville
Supervisory U.S. Probation Officer      U.S. Probation Officer Specialist
Date: March 31, 2026                           Date: March 31, 2026

3

Robert Love Jr.
1:20CR00143-01

---

THE COURT ORDERS:

☐     No Action
☒     The Petition dated December 5, 2025, is hereby amended as indicated
☐     Other

/s/ Hala Y. Jarbou

HALA Y. JARBOU
Chief United States District Judge

April 1, 2026
Date